**Motion Granted in Part and Abatement Order filed January 29, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00601-CR
_____

**ANTHONY DEWAYNE GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 78th District Court**
**Wichita County, Texas**
**Trial Court Cause No. 49,480-B**

## ABATEMENT  ORDER

The reporter's record in this case was filed October 23, 2012. *See* Tex. R. App. P. 35.1. On January 22, 2013, appellant's counsel filed a third request for an extension of time to file appellant's brief. In the motion, counsel asserts that page 36 of volume 7 of the reporter's record is missing. The reporter's record filed in this court is also missing page 36 of Volume 7. (Page 35 is out of order; it is filed between pages 37 and 38.)

In addition, State's Exhibit 41 is a DVD containing a video of appellant's statement. According to appellant's motion, the video shown to the jury was approximately 52 minutes long, and the copy given to appellant is only 3 minutes. The video filed in this court is also only 3 minutes long, indicates that it is "Part001", and seems to end abruptly. Accordingly, it appears that the exhibit is incomplete.

When there is a question about the accuracy of the reporter's record that arises after the record has been filed in this court, we may submit the question to the trial court for resolution. *See* Tex. R. App. P. 34.6(e)(3). If the parties cannot agree how to correct the record, then the court must settle the dispute. *See* Tex. R. App. P. 34.6(e)(2). If the court finds any inaccuracy, it must order the court reporter to conform the reporter's record, including the video exhibit containing appellant's statement, to what occurred in the trial court, and to certify and file the correction(s) in the appellate court.

Accordingly, we **GRANT in part** appellant's request for additional time to file his brief, and we **ABATE** the appeal for a period of **thirty days** so that the questions concerning the accuracy of the reporter's record may be resolved. Any correction(s) to the record shall be filed in this court on or before **February 28, 2013.** Any findings made by the trial court shall be included in a supplemental clerk's record and filed in this court on or before **February 28, 2013.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the corrected record and/or the trial court's findings are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

2